

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2022

No. 04-22-00356-CR

Angelica **NAVARRO-DEPAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR13056
Honorable Melisa C. Skinner, Judge Presiding

## O R D E R

Court reporter Mary Beth Sasala has filed a notification of late record requesting an extension of time to file the reporter's record. The request is GRANTED. The reporter's record is due on or before **October 25, 2022**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court